1046

[No. 56046-8-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANN MARIE CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-03356-6, Jeffrey M. Ramsdell, J., entered March 31, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56124-3-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DANA VIEG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00814-4, Gerald L. Knight, J., entered April 5, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56263-1-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. E.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-04267-6, Harry J. McCarthy, J., entered May 19, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56353-0-I; 56354-8-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT JOSEPH MANDARANO, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-1-06501-8, Theresa B. Doyle, J., entered June 7, 2005. *Affirmed* by unpublished per curiam opinion.